# United States Court of Appeals

## For the Eighth Circuit

_____

No. 16-4375

_____

Robert G. Cantrell, On behalf of Scharlie Anne Cantrell

*Plaintiff - Appellant*

v.

Nancy A. Berryhill, Acting Commissioner of Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: July 26, 2017
Filed: July 27, 2017
[Unpublished]

_____

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Robert G. Cantrell, on behalf of his deceased daughter Scharlie Cantrell, appeals the district court's[1] order upholding the denial of disability insurance benefits

_____

[1] The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.

and supplemental security income. Having jurisdiction under 42 U.S.C. § 405(g), this court affirms.

Cantrell raises specific challenges to an administrative law judge's (ALJ's) residual functional capacity (RFC) determination. He asserts that the ALJ erred by not adopting the RFC opinion of a treating psychologist, and objects to the ALJ's reliance on a vocational expert's testimony in response to a hypothetical containing the challenged RFC determination finding Scharlie not disabled. This court agrees with the district court that substantial evidence on the record as a whole supports the adverse decision. *See Harvey v. Colvin*, 839 F.3d 714, 715 (8th Cir. 2016) (de novo review); *Perks v. Astrue*, 687 F.3d 1086, 1092 (8th Cir. 2012) (claimant has burden of establishing RFC; while RFC assessment draws from medical sources for support and must be supported by some medical evidence, it is ultimately administrative determination reserved to Commissioner); *Perkins v. Astrue*, 648 F.3d 892, 897 (8th Cir. 2011) (treating physician's opinion does not automatically control, as record must be evaluated as whole).

The judgment is affirmed.

_____